

**U.S. Department of Justice**

**24-MJ-3533-TORRES**

*Economic Crimes Section*

United States Attorney
Southern District of Florida

Robert F. Moore
Assistant United States Attorney
JLK Federal Justice Building
99 NE 4th Street, 6th Floor
Miami, FL 33132
Tel. (305) 961-9411

FILED BY____MP____D.C.
Jul 30, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

July 30, 2024

Pablo Silverio Rebollido
█████████████████████

Via: **HAND DELIVERY**

Mr. Rebollido:

    This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Sections 1349 and 1956(h) (conspiracy to commit wire fraud and money laundering).

    If you have retained counsel, please have him or her contact me regarding the matter. If you have not, I urge you to do so.

    If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If you cannot afford counsel, I encourage you to contact the Unite States Attorney's Office, Robert F. Moore at (786)423-7596 for the limited purpose of arranging a court proceeding to determine your eligibility for appointed counsel at no cost to you.

Sincerely,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
Robert F. Moore
Assistant United States Attorney